MAGISTRATE JUDGE
SIMONTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   **00-4355-**

UNITED STATES OF AMERICA,      )
                               )
    Plaintiff,                 )
                               )
v.                             )
                               )
1.25 ACRES OF LAND, MORE OR    )
LESS, IN THE COUNTY OF         )
DADE, STATE OF FLORIDA; and    )
UNKNOWN HEIRS OF WILLIAM E. JOHNSON,)
et al., and Unknown Owners,    )
                               )
    Defendants.                )
_____)

Tract No. 241-35
(EAST EVERGLADES)

## COMPLAINT IN CONDEMNATION
## PURSUANT TO DECLARATION OF TAKING

    1.   The plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby brings this action to take property at the request of HORACE G. CLARK, Regional Solicitor, Southeast Region, U.S. Department of the Interior, for the taking of 1.25 Acres of Land, More or Less, Situated in Dade County, Florida, under the power of eminent domain, by and through the Declaration of Taking executed by HORACE G. CLARK, and for the ascertainment and award of just compensation to the owners and parties in interest.

    2.   The authority for the taking of the land is stated in Schedule A, attached hereto.

    3.   The public uses for which the land is taken are stated in



Schedule A, attached hereto.

4.   The property taken, the estates to be taken and the names and addresses of persons having or claiming an interest in the property are contained in Schedules B and C attached hereto.

5.   A plat showing the land taken is attached as Schedule D.

6.   Local and State taxing authorities may have, or claim, an interest in the property by reason of taxes and assessments.

7.   In addition to the persons named, there are, or may be, others who have or may claim some interest in the property taken, whose names are unknown to the plaintiff; such persons are, hereby, made parties to the action under the designation, "Unknown Owners."

**WHEREFORE**, the plaintiff prays that this Court order that the property be condemned, pursuant to both the Declaration of Taking filed with this complaint and the Declaration of Taking Act, 40 U.S.C. § 258a; that just compensation for the taking be ascertained and awarded; and that this court order such other relief as may be lawful.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
BARBARA A. JUNGE
Assistant United States Attorney
Florida Bar No.   993270
99 N.E. 4th Street
Miami, Florida 33132
TEL: (305) 961-9412
FAX: (305) 530-7139

2

SCHEDULE "A"

EVERGLADES NATIONAL PARK

AUTHORITY FOR THE TAKING

The authority for the taking of the land is under and in accordance with the Act of Congress approved August 1, 1888, 25 Stat. 357, as amended, 40 U.S.C., sec. 257; the Act of Congress approved February 26, 1931, 46 Stat. 1421, as amended, 40 U.S.C., sec. 258a, the Act of May 30, 1934, 48 Stat. 816, as amended, which authorized the establishment of Everglades National Park; the Act of December 13, 1989, 103 Stat. 1946, 16 U.S.C., sec. 410r-5, et seq., which expanded the boundaries of Everglades National Park; and the Land and Water Conservation Fund Act of 1965, 78 Stat. 897, as amended, 16 U.S.C., sec. 460l-4, et seq.; and under the authority of the Department of Interior and Related Agencies Appropriation Act, 2000, as enacted by section 1000 (a) (3) of the Consolidated Appropriations Act, 2000 (Public Law 106-113), which Act appropriated funds for such purposes.


PUBLIC USES

The public uses for which said land is to be taken are as follows: The land is required to modify the boundaries of Everglades National Park and to provide for the protection of lands, waters, and natural resources within the park for the benefit and enjoyment of future generations. The said land has been selected for acquisition by the United States of America for said purposes, and for such other uses as may be authorized by Congress or by Executive Order.

SCHEDULE "B"

EVERGLADES NATIONAL PARK

DESCRIPTION:

All that certain tract or parcel of land lying and being situated in the County of Dade, State of Florida, and being more particularly described as follows:

Tallahassee Meridian
Section 32, Township 54 South, Range 37 East,

W 1/2  NW 1/4  SE 1/4  SW 1/4
Less N 247.50 feet and Less S 247.50 feet

Containing 1.25 acres, more or less.

Estimated compensation deposited in the Registry of the Court for the above-described property is $650.00.

ESTATE TAKEN:

The fee simple title subject to: (a) all interests of the State of Florida or any political subdivision thereof; (b) oil, gas and mineral interests of record outstanding in third parties; (c) rights of others in and to an easement for road purposes, contained in Warranty Deed, recorded August 9, 1988 in O.R.B. 13778, Page 1598, of the Public Records of Dade County, Florida; and (d) existing easements for public roads and highways, public utilities, railroads, and pipelines.

SCHEDULE "C"

EVERGLADES NATIONAL PARK

Tract 20-137

NAMES AND ADDRESSES OF PURPORTED OWNERS:

William E. Johnson (deceased)

Unknown heirs and devisees of William E. Johnson

NAMES AND ADDRESSES OF OTHER PARTIES WHO MAY HAVE OR CLAIM
AN INTEREST IN THE LAND:

Roberta L. Norris (daughter of William E. Johnson), as to an undivided 3/7 interest
2544 Burlington Drive
Ashtabula, OH 44004

Valerie J. Miller (daughter of William E. Johnson), as to an undivided 2/7 interest
8789 Puritan Lane
Espyville, PA 16424

Candice A. Gustafson-Arp (daughter of William E. Johnson), as to an undivided 1/7
interest
2556 Forman Road
Austinburg, OH 44010

David W. Johnson (son of William E. Johnson), as to an undivided 1/7 interest
2151 Parker Court
Simi Valley, CA 93065

William Edward Johnson II (son of William Edward Johnson)
(address unknown)

State of Florida - Eleventh Judicial Circuit Court
Clerk, Circuit and County Courts
Criminal Division Information Unit - Felony
1351 NW 12th Street, Suite 9000
Miami, FL 33125
(by virtue of Judgment, recorded in O.R.B. 19007, Page 2907, Dade County, Florida)

Columbia Deering Hospital After Hour Care Center, Inc.

676 W. Palm Drive, Suite 300
Florida City, FL 33030
Registered Agent:      Ira Wellisch
                       (address same as above)
(by virtue of Judgment, recorded in O.R.B. 17821, Page 4315, Dade County, Florida)

Gemarie Distributors, Inc.
Barry S. Logan c/o Watsco, Inc.
2665 S. Bayshore Drive, Suite 901
Coconut Grove, FL 33133
Registered Agent:      Kenneth A. Perkins c/o Gemaire Distributors, Inc.
                       2151 W. Hillsboro Boulevard, #400
                       Deerfield Beach, FL 33442
(by virtue of Judgment, recorded in O.R.B. 17750, Page 2389, Dade County, Florida)

State of Florida - Department of Health and Rehabilitative Services
Child Support Enforcement Division
Department of Revenue
1170 Capitol Circle, N.E.
Tallahassee, FL 32301
(by virtue of Judgment, recorded in O.R.B. 16992, Page 2313, Dade County, Florida)

Victoria Hospital, Inc.
955 NW 3rd Street
Miami, FL 33128
Registered Agent:      William Walker
                       11800 SW 147th Avenue
                       Miami, FL 33196-2500
(by virtue of Judgment, recorded in O.R.B. 13420, Page 829 and re-recorded in O.R.B.
16444, Page 476, Dade County, Florida)

The Public Health Trust of Dade County, Florida
d/b/a Jackson Memorial Hospital
1611 NW 12th Avenue
Miami, FL 33136
(by virtue of Judgment, recorded in O.R.B. 16685, Page 2285, Dade County, Florida)

Robert S. Heller, M.D., P.A.
1400 NW 12th Avenue
Miami, FL 33136-1003
Registered Agent:      Robert S. Heller
                       (address same as above)
(by virtue of Judgment, recorded in O.R.B. 13368, Page 2 and re-recorded in O.R.B.
16420, Page
4463, Dade County, Florida)

Bellsouth Telecommunications, Inc.

f/k/a Southern Bell Telephone and Telegraph Company
675 W. Peachtree Street, N.E.
4506 Bellsouth Center
Atlanta, GA 30375
Registered Agent:     The Prentice-Hall Corporation System, Inc.
                      ... Bays Street, Suite ...
                      Tallanassee, FL 32301
(by virtue of Judgment, recorded in O.R.B. 13013, Page 3052, Dade County, Florida)

S.D. Leasing, Inc.
4244 NW 83rd Avenue
12098 NW 30th Street
Coral Springs, FL 33065
Registered Agent:     Randy R. Freedman
                      888 SE Third Avenue, Suite 400
                      Fort Lauderdale, FL 33316
(by virtue of Judgment, recorded in O.R.B. 12171, Page 1686, Dade County, Florida)

Chevron U.S.A., Inc.
575 Market Street
San Francisco, CA 94105
Registered Agent:     CT Corporation System
                      1200 South Pine Island Road
                      Plantation, FL 33324
(by virtue of Judgment, recorded in O.R.B. 12083, Page 996, Dade County, Florida)

David Baca
(address unknown)
(by virtue of Judgment, recorded in O.R.B. 11835, Page 779, Dade County, Florida)

Ganson East, Inc.
f/k/a Hialeah Electronics, Inc.
13260 NW 45th Avenue
Opa Locka, FL 33054
Registered Agent:     Daniel Heller
                      14 Northeast First Avenue
                      Miami, FL 33132
(by virtue of Judgment, recorded in O.R.B. 11486, Page 1643, Dade County, Florida)

Antonio Gandolfo
(address unknown)
(by virtue of Judgment, recorded in O.R.B. 11233, Page 2266, Dade County, Florida)

Tobias Zemarkowitz
(address unknown)
(by virtue of Judgment, recorded in O.R.B. 10994, Page 615, Dade County, Florida)

Mary Lou Sarvis
f/k/a Mary Lou Jacobson Banaszak
(address unknown)
(by virtue of Judgment, recorded in O.R.B. 10830, Page 125, Dade County, Florida)

Lauderdale ...  ...
2001 SW 20th Street
Fort Lauderdale, FL 33315
Registered Agent:      William J. Holzer
                       (address same as above)
(by virtue of Judgment, recorded in O.R.B. 10818, Page 1365, Dade County, Florida)

Internal Revenue Service
District Counsel
1114 Federal Office Building, Stop 8000
51 Southwest First Avenue
Miami, FL 33130
(by virtue of Notice of Federal Tax Lien, recorded in O.R.B. 16604, Page 3749, Dade
County,
Florida)

State of Florida
Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-2100
(by virtue of Warrant for Collection of Delinquent Sales Tax, recorded in O.R.B. 11340,
Page
1572, Dade County, Florida)

Tax Collector
Tax Collection Division, South Dade Branch
County of Dade
10710 Southwest 211th Street
Miami, Florida 33189
(by virtue of a possible lien for real property taxes)

Unknown owners



JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

## 00-4355-

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

MAGISTRATE JUDGE
SIMONTON

## DEFENDANTS

1.25 acres of Land, More or Less Situated in Dade County, Florida: and Unknown Heirs of William E. Johnson

## CIV-NESBITT

**(b)**
COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF

(EXCEPT IN U.S. PLAINTIFF CASES)

Dade   A  1:00CV 4355  LCN / AMS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Barbara A. Junge
99 NE 4th Street
Miami, Florida 33132
(305) 961-9412

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:   (DADE),  MONROE,  BROWARD,  PALM BEACH,  MARTIN,  ST. LUCIE,  INDIAN RIVER,  OKEECHOBEE,  HIGHLANDS

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff

☐ 2 U.S Government Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## VI. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| A  CONTRACT | | A  TORTS | | FORFEITURE/PENALTY | A  BANKRUPTCY | A  OTHER STATUTES |
|---|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A  PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | B☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | **B  SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A  LABOR** | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A  REAL PROPERTY** | **A  CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☒ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | | B☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | B☐ 540 Mandamus & Other | | A☐ 871 IRS - Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | B☐ 550 Civil Rights | A☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions A OR B |
| | | A☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

16 U.S.C. 410r-5
**(Land Commissioner, Other East Everglades cases covered by Admin. Orders 96-13, 97-08 & 99-20)**

LENGTH OF TRIAL
via ____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE ____   DOCKET NUMBER ____

DATE  11/15/00

SIGNATURE OF ATTORNEY OF RECORD
Barbara A. Junge

## FOR OFFICE USE ONLY

RECEIPT # ____   AMOUNT ____   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

This form was electronically produced by Elite Federal Forms, Inc.